NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANNUM, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**DISMAS CHARITIES, INC.,**
*Defendant-Appellee.*

---

2011-5052

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-479, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 14-day extension of time, until July 28, 2011, for the United States and Dismas Charities, Inc. to file their briefs,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 19 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph A. Camardo, Jr., Esq.
    Alexander D. Tomaszczuk, Esq.
    P. Davis Oliver, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK